# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

| Appeal Number | 24-6205 |
|---|---|
| Case Name | State of Oklahoma v. Cardona, et al. |
| Party or Parties Filing Notice of Appeal Or Petition | Miguel Cardona, in his official capacity as Secretary of Education and U.S. Department of Education |
| Appellee(s) or Respondent(s) | State of Oklahoma |
| List all prior or related appeals in this court with appropriate citation(s). | State of Kansas v. U.S. Department of Education, No. 24-3097 (10th Cir.) is an appeal of a preliminary injunction entered against the same rule at issue in this case. |

**I.     JURISDICTION OVER APPEAL OR PETITION FOR REVIEW**

   **A.     APPEAL FROM DISTRICT COURT**

   **1.** Date final judgment or order to be reviewed was **entered** on the district court docket: 7/31/2024

   **2.** Date notice of appeal was **filed**: 9/27/2024

   **3.** State the time limit for filing the notice of appeal (cite the specific provision of Fed. R. App. P. 4 or other authority):
   Fed. R. App. P. 4(a)(1)(B)

   **a.** Was the United States or an officer or an agency of the United States a party below? Yes

   **b.** Was a motion filed for an extension of time to file the notice

of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing the notice of appeal: No

4. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

   a. Give the filing date of any motion that tolls the time to appeal pursuant to Fed. R. App. P. 4(a)(4)(A) or 4(b)(3)(A):

   N/A

   b. Has an order been entered by the district court disposing of any such motion, and, if so, when?

   N/A

5. Is the order or judgment final (i.e. does it dispose of **all** claims by and against **all** parties)? *See* 28 U.S.C. § 1291. No.

   **(If your answer to Question 5 is no, please answer the following questions in this section.)**

   a. If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done?

   N/A

   b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. § 1292(a)? Yes.

   c. If none of the above applies, what is the **specific** legal authority for determining that the judgment or order is appealable?

6. Cross Appeals.

   a. If this is a cross appeal, what relief do you seek beyond preserving the judgment below? *See United Fire & Cas. Co. v. Boulder Plaza Residential, LLC*, 633 F.3d 951, 958 (10th Cir. 2011) (addressing jurisdictional validity of conditional cross appeals).

   N/A

   b. If you do not seek relief beyond an alternative basis for affirmance, what is the jurisdictional basis for your appeal? *See Breakthrough Mgt. Group, Inc. v. Chukchansi Gold Casino and Resort*, 629 F.3d 1173, 1196-98 and n.18 (10th

        Cir. 2010) (discussing protective or conditional cross appeals). <u>N/A</u>

**B.**     **REVIEW OF AGENCY ORDER** (To be completed only in connection with petitions for review or applications for enforcement filed directly with the court of appeals.)

    **1.**     Date of the order to be reviewed: _____

    **2.**     Date petition for review was filed: _____

    **3.**     Specify the statute or other authority granting the Tenth Circuit Court of Appeals jurisdiction to review the order: _____

    **4.**     Specify the time limit for filing the petition (cite specific statutory section or other authority): _____

**C.**     **APPEAL OF TAX COURT DECISION**

    **1.**     Date of entry of decision appealed: _____

    **2.**     Date notice of appeal was filed: _____

    (If notice was filed by mail, attach proof of postmark.)

    **3.**     State the time limit for filing notice of appeal (cite specific statutory section or other authority): _____

    **4.**     Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a) _____

**II.**     **ADDITIONAL INFORMATION IN CRIMINAL APPEALS**.

    **A.**     Does this appeal involve review under 18 U.S.C. § 3742(a) or (b) of the sentence imposed? _____

    **B.**     If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction? _____

    **C.**     Describe the sentence imposed. _____

_____

    **D.**     Was the sentence imposed after a plea of guilty? _____

    **E.**     If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?_____

    **F.**     Is the defendant on probation or at liberty pending appeal? _____

    **G.**     If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed?_____

    **NOTE**:     In the event expedited review is requested and a motion to that effect is filed, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered by completing and delivering the transcript order form to the Clerk of the district court with a copy filed in the court of appeals.

**III.    GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE UNDERLYING CASE AND RESULT BELOW.**

Defendants appeal from the July 31, 2024, preliminary injunction entered by the U.S. District Court for the Western District of Oklahoma (Judge Dishman) enjoining defendants-appellants from enforcing the Final Rule, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 33474 (Apr. 29, 2024).

**IV.    IDENTIFY TO THE BEST OF YOUR ABILITY AT THIS STAGE OF THE PROCEEDINGS, THE ISSUES TO BE RAISED IN THIS APPEAL. You must attempt to identify the issues even if you were not counsel below.** *See* **10th Cir. R. 3.4(B).**

Defendants-appellants anticipate challenging the district court's finding that plaintiffs were likely to succeed on the merits of all of their claims (including their statutory, constitutional, and APA claims), its findings on the remaining preliminary injunction factors, and its severability/scope of relief analysis.

V. **ATTORNEY FILING DOCKETING STATEMENT:**

Name: Steven A. Myers     Telephone: (202) 305-8648

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Email Address: Steven.A.Myers@usdoj.gov

Address: 950 Pennsylvania Ave. NW

Washington, DC 20530

/s/ Steven A. Myers                    10/11/2024

Signature                              Date

6

NOTE: The Docketing Statement must be filed with the Clerk via the court's Electronic Case Filing System (ECF). Instructions and information regarding ECF can be found on the court's website, www.ca10.uscourts.gov.

The Docketing Statement must be accompanied by proof of service. The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

I, <u>Steven A. Myers</u>, hereby certify that on
[attorney for appellant/petitioner]

<u>10/11/2024</u>, I served a copy of the foregoing **Docketing Statement**, to:
[date]

_____, at _____
[counsel for/or appellee/respondent]

with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

_____, the last known address/email address, by

_____.
[state method of service]

/s/ Steven A. Myers
Signature

10/11/2024
Date

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
Full name and address of attorney