# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **STATE OF OKLAHOMA,** <br><br>                **Plaintiff-Appellee,** <br> v. <br><br> **MIGUEL CARDONA, in his official capacity as the Secretary of Education, et al.,** <br><br>                **Defendants-Appellants.** | No. 24-6205 |

## OKLAHOMA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Plaintiff-Appellee, the State of Oklahoma ("Oklahoma"), respectfully requests an unopposed sixty (60) day extension of the deadline to file its Response Brief. This request is unopposed by Appellants. Oklahoma's Motion is made with respect to the following circumstances:

1. Appellants filed their Opening Brief on November 19, 2024. Doc. 29.

2. Oklahoma's Response Brief is currently due on December 19, 2024.

3. Oklahoma submits that there are meaningful concerns and complexities that justify the request for an extension. This case concerns a Final Rule issued by the U.S. Department of Education, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (the "Final Rule"), which pertains to Title IX of the

Education Amendments of 1972. The legal landscape concerning this Final Rule is complex, and the issues presented in this case are not straightforward, given recent developments. Among other things, the Final Rule is the subject of litigation in numerous courts across the country, including in this Court. *See Kansas v. U.S. Dep't of Education*, No. 24-3097. In this matter, the Western District of Oklahoma issued a preliminary injunction prohibiting the Final Rule from taking effect in Oklahoma. App. 175. In one of the other cases concerning the same Final Rule, the Supreme Court rejected a motion to partially stay a preliminary injunction as to all provisions of the Final Rule that was issued in Louisiana and other states. *Dep't of Educ. v. Louisiana*, 603 U.S. 866 (2024). There, the Supreme Court stated that all members of the Court agreed that certain provisions of the Final Rule should be preliminarily enjoined, "including the central provision that newly defines sex discrimination to include discrimination on the basis of sexual orientation and gender identity." *Id.* at 867. In the end, five Justices upheld the preliminary injunction as to the entire Final Rule. *Id.* at 868.

    4.    In addition, while the Final Rule continues to face litigious uncertainty, the political landscape surrounding the Final Rule is also in flux given the upcoming change in presidential administration set to occur on January 20, 2025. With the change in administration, there is an increased possibility that action may be taken to withdraw or otherwise dispose of the Final Rule. If the new administration takes

2

action with respect to the Final Rule, much of the nationwide litigation, including this case, may be resolved or potentially become moot. Given the current uncertainty of the Final Rule's future, Oklahoma submits it is in the interest of judicial economy and preservation of public resources to extend the briefing schedule in this matter to allow discussions concerning resolution of this litigation to take place.

5. Oklahoma thus respectfully requests a sixty (60) day extension of the current deadline for Oklahoma to submit its Response Brief, until February 17, 2025.

6. Defendants-Appellants have been contacted and do not object to the extension sought by Oklahoma in this Motion.

WHEREFORE, Oklahoma respectfully requests that this Court enter an Order extending Oklahoma's Response Brief deadline by sixty (60) days, until February 17, 2025.

Respectfully submitted,

*s/ Barry G. Reynolds*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

AND

Barry G. Reynolds, OBA # 13202
R. Tom Hillis, OBA # 12338
J. Miles McFadden, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
15 E. 5th St., Suite 3700
Tulsa, OK 74103
Phone: (918) 587-6800
Fax:   (918) 587-6822
reynolds@titushillis.com
thillis@titushillis.com
jmcfadden@titushillis.com

*ATTORNEYS FOR*
*THE STATE OF OKLAHOMA*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Mr. Steven A. Myers: steven.a.myers@usdoj.gov, civilappellate.ecf@usdoj.gov
Ms. Melissa N. Patterson: melissa.patterson@usdoj.gov, CivilAppellate.ECF@usdoj.gov
Mr. David Peters: david.l.peters@usdoj.gov, civilappellate.ecf@usdoj.gov
Ms. Christina Riehl: christina.riehl@doj.ca.gov
Jack Starcher: john.e.starcher@usdoj.gov, civilappellate.ecf@usdoj.gov

                                                 s/ *Barry G. Reynolds*
                                                 Attorney for Plaintiff / Appellee