IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF OKLAHOMA,

    Plaintiff-Appellee,

v.

DENISE L. CARTER, in her official capacity as Acting Secretary of Education, et al.,

    Defendants-Appellants.

No. 24-6205

# GOVERNMENT'S UNOPPOSED MOTION TO HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the Department of Education respectfully moves to hold this appeal in abeyance for a period of 120 days. This motion is unopposed.

1.    In April 2024, the Department issued a rule making various changes to its regulations implementing Title IX of the Education Amendments of 1972, including changes related to gender-identity discrimination. *See* 89 Fed. Reg. 33,474 (Apr. 29, 2024). On July 31, 2024, the district court entered a preliminary injunction barring the Department from enforcing the rule against plaintiff. The Department appealed and filed its opening brief on November 19, 2024. Plaintiff's response brief is currently due on February 18, 2025.

2. Following a change in administration, on January 20, 2025, President Trump issued Executive Order 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025) (Order). The Order reflects the position of the United States and, among other things, provides that agencies shall not "promote or otherwise inculcate gender ideology." *Id.* at 8619.

3. In light of these developments, the Department respectfully moves to hold this case in abeyance for a period of 120 days, through and including June 11, 2025. The Department is under new leadership, which requires time to become familiar with the final rule and the issues presented by this litigation as well as to determine how it wishes to proceed, in consultation with the Acting Solicitor General if necessary. *See* 28 C.F.R. § 0.163 (addressing potential resolution of cases "in which the Solicitor General has authorized an appeal"). Postponement of briefing will conserve judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that any briefing or arguments presented to this Court will reflect the views of current agency leadership. The Department respectfully proposes to update the Court with a status report in no later than 60 days.

4. On February 10, 2025, this Court granted a similar request to hold in abeyance another appeal involving a parallel challenge to the rule. *See* Order, *Kansas v. U.S. Dep't of Education*, No. 24-3097 (Feb. 10, 2025).

5. Counsel for plaintiff has informed the undersigned that plaintiff does not object to this request.

Respectfully submitted,

BRETT A. SHUMATE
  *Acting Assistant Attorney General*

MELISSA N. PATTERSON
*/s/ David L. Peters*
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1673*

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David L. Peters*
David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 372 words, according to Microsoft Word.

                                                       */s/ David L. Peters*
                                                       David L. Peters