FILED
United States Court of Appeals
Tenth Circuit

February 12, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF OKLAHOMA,

    Plaintiff - Appellee,

v.

DENISE L. CARTER, in her official capacity as the Secretary of Education[*], et al.,

    Defendants - Appellants.

-----------------------------

STATE OF CALIFORNIA, et al.,

    Amici Curiae.

No. 24-6205
(D.C. No. 5:24-CV-00461-JD)
(W.D. Okla.)

_____

**ORDER**

_____

    This matter is before the court on the Government's Unopposed Motion to Hold Appeal in Abeyance (the "Motion"). The federal appellants seek abatement of this appeal for 120 days, similar to the court's action in a related case, No. 24-3097, *State of Kansas, et al v. EDUC, et al.* Due to a different procedural posture in this case, however, the Motion is granted in part. Proceedings in this appeal are abated. The appellants shall file

---

[*] On January 20, 2025, Denise L. Carter became United States Secretary of Education. Consequently, her name has been substituted for Miguel Cardona as Defendant-Appellant, per Fed. R. App. P. 43(c)(2).

a written report no later than April 14, 2025, to advise the court on their efforts "to become familiar with the final rule and the issues presented by this litigation as well as to determine how it wishes to proceed, in consultation with the Acting Solicitor General if necessary." Whether the court will consider continuing the abatement will depend on the information provided in the scheduled status report.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk