# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF OKLAHOMA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>LINDA McMAHON,[1] in her official capacity as Secretary of Education, et al.,<br><br>    Defendant-Appellants. | No. 24-6205 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Secretary of Education Linda McMahon has been substituted for Miguel Cardona as defendant-appellant.

/s/ *Barry G. Reynolds*
GARY M. GASKINS, II, OBA # 20212
   *Solicitor General*
ZACHARY WEST, OBA # 30768
   *Director of Special Litigation*
   OFFICE OF ATTORNEY GENERAL
   STATE OF OKLAHOMA
   313 N.E. 21st St.
   Oklahoma City, OK 73105
   Phone: (405) 521-3921
   garry.gaskins@oag.ok.gov
   zach.west@oag.ok.gov

BARRY G. REYNOLDS, OBA #13202
R. TOM HILLIS, OBA # 12338
J. MILES MCFADDEN, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
   15 E. 5th St., Suite 3700
   Tulsa, OK 74103
   Phone: (918) 587-6800
   Fax: (918) 587-6822
   reynolds@titushillis.com
   thillis@titushillis.com
   jmcfadden@titushillis.com

*Attorneys for The State of Oklahoma*

Respectfully submitted,

YAAKOV M. ROTH
   *Acting Assistant Attorney General*
MELISSA N. PATTERSON
/s/ *David L. Peters*
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7209*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-1673*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David L. Peters*
David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 24 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters
