UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. WolpertJane K. Castro
Clerk of CourtChief Deputy Clerk

March 14, 2025

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102


Mr. Garry Michael Gaskins II
Drummond Law
320 South Boulder Avenue, Suite 300
Tulsa, OK 74119

Mr. Barry G. Reynolds
Ray Thompson Hillis
J. Miles McFadden
Titus Hillis Reynolds Love
15 East Fifth Street, Suite 3700
Tulsa, OK 74103

Ms. Melissa N. Patterson
U.S. Department of Justice
Civil Division
1100 L Street NW
Washington, DC 20005


Ms. Christina Riehl
California Department of Justice, Office of the Attorney General
Public Rights Division/Bureau of Children's Justice
600 West Broadway Suite 1800
San Diego, CA 92101

Mr. Steven A. Myers
Mr. David Peters
Jack Starcher
U.S. Department of Justice
Appellate Section, Civil Division
950 Pennsylvania Avenue NW, room 7323
Washington, DC 20530

Zachary Paul West
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

**RE:** 24-6205, State of Oklahoma v. McMahon, et al
Dist/Ag docket: 5:24-CV-00461-JD

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at